UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE:

Antonio & Sue Ann Ramirez, Jr.

     BANKRUPTCY CASE NUMBER
  (Debtor),    08-37636-H4-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Hudson & Keyse, LLC, in the amount of $910.14, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 12/20/2013 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Hudson & Keyse, L.L.C. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $910.14 to Hudson & Keyse, L.L.C. at the following address:

    35308 SE Center St,
    Snoqualmie, WA  98065

Dated: _____   _____

          UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98