

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/14/2014

IN RE: § Case No. 08-37636-H4-13

Antonio and Sue Ann Ramirez

Debtor §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 120 ) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. _____  Proposed Order not filed by applicant.

5. _____  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__  Other: Duplicate entry, see doc# 119

Signed  3/13/2014

_____
United States Bankruptcy Judge